ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Siler Excavating, LLC | ) ASBCA Nos. 63715, 64180, 64181 |
| | ) |
| Under Contract No. N40085-20-D-0079 | ) |

APPEARANCES FOR THE APPELLANT:    Peter B. Ford, Esq.
    Lauren R. Brier, Esq.
    Jonathan R. Neri, Esq.
    Josephine R. Farinelli, Esq.
     PilieroMazza, PLLC
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Tracey R. Rockenbach, Esq.
     Navy Chief Trial Attorney
    David M. Ruddy, Esq.
     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 29, 2026

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63715, 64180, 64181, Appeals of Siler Excavating, LLC, rendered in conformance with the Board's Charter.

Dated: June 29, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals